IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE LOZA,

      Plaintiff,                     No. CIV S-02-1558 GEB KJM P

   vs.

M.C. KNOWLES, et al.,

      Defendants.           <u>ORDER</u>

_____/

        Plaintiff is a former state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On January 30, 2006, the court filed an order, establishing a schedule for pretrial proceedings and for trial in this case. The order directed plaintiff to file his pretrial statement on or before October 13, 2006; plaintiff was warned that failure to comply might result in the imposition of sanctions, including dismissal of the action for failure to adhere to court orders under Federal Rule of Civil Procedure 41(b) and for failure to prosecute. Plaintiff has not filed his pretrial statement.

        Because plaintiff has not filed his pretrial statement, defendant has asked to be relieved from the obligation of filing his pretrial statement. Defendant has also notified the court that he has a conflict with the scheduled trial date.

/////

1

In light of these events, IT IS HEREBY ORDERED that:

1. Defendant is relieved of his obligation to file his pretrial statement;

2. The dates for pretrial conference and jury trial are hereby vacated; and

3. Plaintiff is directed to show cause within ten days from the date of this order why this action should not be dismissed for his failure to comply with the order of January 30, 2006.

DATED: November 29, 2006.

_____
U.S. MAGISTRATE JUDGE

loza1558.46